***QUIJANO ENNIS & SIDERIS***
ATTORNEYS AT LAW
52 DUANE STREET, 7TH FLOOR.
NEW YORK, NEW YORK  10038
TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

**Peter Enrique Quijano**
**Nancy Lee Ennis**
**Anna N. Sideris**

January  21, 2026

**BY ECF**
Honorable Joan M. Azrack
United States District Judge
for the Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:     U.S. v. Ever Morales-Lopez, 20 Cr. 251 (JMA)

Dear Judge Azrack:

I am Counsel for the defendant Ever Morales-Lopez, in connection with the above referenced matter. On January 31, 2025, Mr. Morales-Lopez, pled guilty to Count One of the Superseding Indictment; and is awaiting sentence.  The matter was last scheduled for sentencing for  November 6, 2025; but was continued at request of the Parties.  The Parties are currently awaiting the final Presentence Report.  Accordingly, the Parties are requesting that the Court set the sentencing of Mr. Morales-Lopez to April 8th, 9th or 14th   at 11:00 or later.

Your Honor's attention to and consideration of this request are, as always, greatly appreciated.

Respectfully submitted,

*Peter Enrique Quijano*
Peter Enrique Quijano

cc: A.U.S.A. Justina Geraci via ECF and email